EMARD DANOFF PORT TAMULSKI & PAETZOLD LLP
James J. Tamulski (State Bar #64880)
Kevin Odell (State Bar #154570)
49 Stevenson Street, Suite 400
San Francisco, CA 94105
Telephone:   (415) 227-9455
Facsimile:    (415) 227-4255
E-Mail:        jtamulski@edptlaw.com
                   kodell@edptlaw.com

Attorneys for Plaintiff and Counter-Defendant
LIBERTY MARITIME CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| LIBERTY MARITIME CORPORATION,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>NASSER KASSIM,<br><br>　　　　Defendant. | Case No.: C 06-3323 VRW<br><br>**STIPULATION OF DISMISSAL WITHOUT PREJUDICE** |
| NASSER KASSIM<br><br>　　　　Counter-Claimant,<br><br>　vs.<br><br>LIBERTY MARITIME CORPORATION,<br><br>　　　　Counter-Defendant. | |

GRANTED
Judge Vaughn R Walker
10/25/2006

///

///

///

- 1 -

STIPULATION OF DISMISSAL WITHOUT PREJUDICE
Case No. C 06-3323 VRW
G:\42300.003 LIBERTY GLORY (Kassim)\Pleadings\Stipulation of Dismissal.doc

1    IT IS HEREBY STIPULATED by and between the parties to this action through their
2 designated counsel that the above-captioned action, including LIBERTY MARITIME
3 CORPORATION's Complaint for Declaratory Relief and NASSER KASSIM's Counter-Claim
4 for Cure, Consequential Damages and Attorneys' Fees, be and hereby is dismissed without
5 prejudice pursuant to FRCP 41(a)(1).  Each side to bear its own costs.

6 DATED:  October 10, 2006          EMARD DANOFF PORT TAMULSKI & PAETZOLD LLP

8                                                      By_____/s/_____
                                                            Kevin Odell
9                                                      Attorneys for Plaintiff and Counter-Defendant
                                                       LIBERTY MARITIME CORPORATION

11
12 DATED:  October 10, 2006          LAW OFFICES OF JOHN J. HUGHES

14                                                      By_____/s/_____
                                                            John J. Hughes
                                                       Attorney for Defendant and Counter-Claimant
15                                                     NASSER KASSIM

EMARD DANOFF PORT
TAMULSKI & PAETZOLD LLP
49 Stevenson Street
Suite 400
San Francisco, CA  94105

- 2 -

STIPULATION OF DISMISSAL WITHOUT PREJUDICE
Case No. C 06-3323 VRW
G:\42300.003 LIBERTY GLORY (Kassim)\Pleadings\Stipulation of Dismissal.doc