1  EMARD DANOFF PORT TAMULSKI & PAETZOLD LLP
   James J. Tamulski (State Bar #64880)
2  Kevin Odell (State Bar #154570)
   49 Stevenson Street, Suite 400
3  San Francisco, CA  94105
   Telephone:    (415) 227-9455
4  Facsimile:    (415) 227-4255
   E-Mail:       jtamulski@edptlaw.com
5                kodell@edptlaw.com

6  Attorneys for Plaintiff and Counter-Defendant
   LIBERTY MARITIME CORPORATION
7

8

9              UNITED STATES DISTRICT COURT

10            NORTHERN DISTRICT OF CALIFORNIA

11                SAN FRANCISCO DIVISION

12

| | |
|---|---|
| LIBERTY MARITIME CORPORATION, | Case No.:  C 06-3323 VRW |
| Plaintiff, | **STIPULATION OF DISMISSAL WITH PREJUDICE FOLLOWING SETTLEMENT** |
| vs. | |
| NASSER KASSIM, | |
| Defendant. | |
| NASSER KASSIM | *[Court seal: IT IS SO ORDERED / Judge Vaughn R Walker]* |
| Counter-Claimant, | |
| vs. | |
| LIBERTY MARITIME CORPORATION, | |
| Counter-Defendant. | Dated: March 13, 2007 |

///

///

///

EMARD DANOFF PORT
TAMULSKI & PAETZOLD LLP
49 Stevenson Street
Suite 400
San Francisco, CA  94105

- 1 -
STIPULATION OF DISMISSAL WITH PREJUDICE FOLLOWING SETTLEMENT
Case No. C 06-3323 VRW
G:\42300.003 LIBERTY GLORY (Kassim)\Pleadings\Stipulation of Dismissal-Settlement.doc

The parties have settled their claims. Pursuant to this Settlement Agreement,

IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that the above-captioned action, including LIBERTY MARITIME CORPORATION's Complaint for Declaratory Relief and NASSER KASSIM's Counter-Claim for Cure, Consequential Damages and Attorneys' Fees, be and hereby is dismissed with prejudice pursuant to FRCP 41(a)(1) and FRCP 41(c). Each side to bear its own costs.

DATED: March 9, 2007     EMARD DANOFF PORT TAMULSKI & PAETZOLD LLP

By _____/s/_____
Kevin Odell
Attorneys for Plaintiff and Counter-Defendant
LIBERTY MARITIME CORPORATION

DATED: March 9, 2007     LAW OFFICES OF JOHN J. HUGHES

By _____/s/_____
John J. Hughes
Attorney for Defendant and Counter-Claimant
NASSER KASSIM

EMARD DANOFF PORT
TAMULSKI & PAETZOLD LLP
49 Stevenson Street
Suite 400
San Francisco, CA 94105

- 2 -
STIPULATION OF DISMISSAL WITH PREJUDICE FOLLOWING SETTLEMENT
Case No. C 06-3323 VRW
G:\42300.003 LIBERTY GLORY (Kassim)\Pleadings\Stipulation of Dismissal-Settlement.doc